CHAPPARRAL COACH MFG. INC. et al.,
Appellants,

v.

Joseph Phillip FREEMAN, Appellee.

No. 7015.

Court of Civil Appeals of Texas.

Beaumont.

March 13, 1969.

Elton M. Hyder, Fort Worth, for appellants.

Stephenson, Thompson & Morris, Orange, for appellee.

ON MOTION FOR REHEARING

PARKER, Chief Justice.

Appellee contends in his Motion for Rehearing that this cause was not fully developed by Appellee. It is apparent from the record that this is true for which reason and under the authority of Jackson v. Hall, 147 Tex. 245, 214 S.W.2d 458 (1948), and in the interest of justice, the judgment of the trial court is reversed and this cause remanded to the District Court of Orange County.